IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CHARLES M. HARRIS,                  )
                                    )
            Plaintiff,              )
                                    )
      v.                            )        1:26CV416
                                    )
P.V. GALBO et al.,                  )
                                    )
            Defendant(s).           )

## ORDER

On May 20, 2026, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). Pro se objections, due June 15, 2026, were dated June 16, 2026 (Doc. 7) and were filed on June 22, 2026, which is outside the time limits prescribed by section 636, even under the prisoner mailbox rule, see Houston v. Lack, 487 U.S. 266, 276 (1988) (under the "prisoner mailbox rule," inmate's notice of appeal deemed "filed" on the date it was delivered to prison officials for mailing, not the date it is received by the court). Therefore, they are untimely. (They also lack an actual signature of the Plaintiff.)

While the court need only conduct a plain error review, even under a de novo review of the portions of the Magistrate Judge's report to which objections were made leads the court to a determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is dismissed pursuant to 28 U.S.C. § 1915A for being frivolous and for failing to state a claim upon which relief can be granted except for Plaintiff's claim that Defendants prosecuted him based on planted evidence, which remains.

/s/   Thomas D. Schroeder
United States District Judge

June 15, 2026

2